**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **D&R Hardscapes, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  D&R Custom Hardscapes** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-1214312** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1155 Franklin St**<br>**Clarksville, TN 37040**<br>Number, Street, City, State & ZIP Code | **PO Box 3923**<br>**Clarksville, TN 37043**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery**<br>County | **Location of principal assets, if different from principal place of business**<br>**1260 E College St Clarksville, TN 37040**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.dandrhardscapes.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 9, 2024**
                  MM / DD / YYYY

**X** **/s/ Dylan Stacy**                **Dylan Stacy**
     Signature of authorized representative of debtor        Printed name

Title    **Managing Partner**

**18. Signature of attorney**

**X** **/s/ Jennifer L. Johnson**        Date   **May 9, 2024**
     Signature of attorney for debtor                    MM / DD / YYYY

**Jennifer L. Johnson**
Printed name

**Long, Burnett, and Johnson, PLLC**
Firm name

**302 42nd Ave. N**
**Nashville, TN 37209**
Number, Street, City, State & ZIP Code

Contact phone   **615-386-0075**      Email address   **ecfmail@tennessee-bankruptcy.com**

**030779 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **D&R Hardscapes, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  9, 2024**      X **/s/ Dylan Stacy**
                                         Signature of individual signing on behalf of debtor

                                         **Dylan Stacy**
                                         Printed name

                                         **Managing Partner**
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **D&R Hardscapes, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals          **12/15**

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................   $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................   $ _____ **158,720.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $ _____ **158,720.00**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____ **1,052,496.64**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ **343,789.72**

4.   **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ **1,396,286.36**

| | |
|---|---|
| Debtor name | **D&R Hardscapes, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 22,500.00 — | 0.00 = .... | $22,500.00 |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | Total of Part 3. | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $22,500.00 |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **See attached Assets List** | 03/2024 | $0.00 | Expert | Unknown |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**
       Add lines 19 through 22.  Copy the total to line 84.

       | $0.00 |
       |---|

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2021 Ford F550 VIN 5JWCA1421MP517472** **Co-Titled with Dylan Stacy** | Unknown | Liquidation | $30,000.00 |
| 47.2. | **Vestil Skid Steer Trash Dump Can H-100-HD** | Unknown | Liquidation | $200.00 |
| 47.3. | **Bobcat (e55) Excavator and Attachments (Power tilt (B47C00280), 4' smooth bucket, 2' tooth bucket, 3' tooth bucket, 1' smooth bucket, packer wheel, ripper)** **Co-Titled with Dylan Stacy** | $0.00 | Liquidation | $50,000.00 |
| 47.4. | **Bobcat Mini Skid MT 100 B52P20626 and Attachements (Soil conditioner (651503208), bucket, pallet forks)** | Unknown | Liquidation | $30,000.00 |
| 47.5. | **Wacker Nelson Compactor 1550A** | Unknown | Liquidation | $1,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | **Diamond C Deck Over Equipment trailer FMAX216** **VIN 46UFU2226K1213337** | Unknown | Liquidation | $8,000.00 |
| 48.2. | **Camline Dump Trailer Model P146814LPHDT** **VIN 5JWCA1421MP517472** | Unknown | Liquidation | $7,000.00 |

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **See Attached Assets List** | Unknown | Liquidation | $10,000.00 |
| **Fertilizer Spreader (Four Wheeler Attachment)** | Unknown | Liquidation | $20.00 |

51.   **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.             **$136,220.00**

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**   **Real property**

Case 3:24-bk-01656   Doc 1   Filed 05/09/24   Entered 05/09/24 15:05:10   Desc Main
Document   Page 10 of 41

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $22,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $136,220.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $158,720.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $158,720.00 |

Assets

| | | Shed | |
|---|---|---|---|
| **Name** | | **Description** | **Lien. Holder** |
| **Laser** | Hilit | PR 2-hs | |
| **Pressure Washer** | Simpson | 3700 psi | |
| **Heater** | Reddy Heater | Pro 155 | |
| **Heater** | Craftsman | Diesel 80,000 btu | |
| **Vacuum** | | Paver backpack vacuum suction | |
| **Concrete Saw** | Husqvarna | K770 | |
| **Generator** | Predator | 9000 | |
| **Laser** | Bosch | Bosch GRL 1000-20HVK | |
| **Concrete Saw** | Hilti | DSH 700x | |
| **Chainsaw** | Stihl | MS250 | |
| **Chemicals** | Misc | 5 gallons buckets, gallon buckets, etc | |
| **Cooler** | | | |
| **Battery** | | Ever start batter | |
| **Pump** | Pantera | 2 3hp variable speed pool pumps | |
| **Slide** | | Turbo twister slide | |
| **Box** | Milwaukee Pack out | Pack out box full of battery powered and corded tools (hilt, dewalt, | |
| **boxes** | | Cardboard boxe bundles | |
| **Tent** | | Popup tent | |
| **levels** | | Misc assortment of levels | |
| **tub** | | Misc pvc fittings | |
| **Husky** | | Backpack | |
| **Hilti** | | Misc tools | |
| **Lights** | | Stand light | |
| **vacuum** | | Grabo hand vacuum | |
| **hilti** | | Box of fasteners | |
| **tools** | | Craftsman sockets | |
| **sprayer** | | Misc hand sprayers | |
| **spreader** | | Seed spreader | |
| **Block breaker** | | Blue block breaker | |
| **clamp** | | Block clamp | |
| **tools** | | Misc hand tools (shovels, rakes, etc) | |
| **Caulk guns** | | Misc caulk guns | |
| **jack** | | Jack and jack stands | |
| **Dolly** | | 2 dollys | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Outside In lot | |
| **Name** | | **Description** | **Lien Holder** |
| **Trailer** | Camline | Dump trailer model P146814LPHDT. Vin 5JWCA1421MP517472 | |
| **Trailer** | Diamond C | Deck Over Equipment trailer FMAX216, vin 46UFU2226K1213337 | |
| **Truck** | Ford | F550 vin:1FD0X5HT0MEC50933 | Ally |
| **Excavator** | Bobcat | E55 excavator    AJ1915674 | Wells Fargo |
| **Mini Skid** | Bobcat | MT 100.    B52P20626 | PNC Bank |
| **Trash Can** | Vestil | Skid steer trash dump can H-100-HD | |
| **Excavator Attachments** | Bobcat (e55) | Power tilt (B47C00280), 4' smooth bucket, 2' tooth bucket, 3' tooth bucket, 1' smooth bucket, packer wheel, ripper | Wells Fargo |
| **Skid Attahcments** | Skid steer | 1smooth bucket, 1 set pallet forks | |
| **Mini Skid Attachment** | Bobcat | Soil conditioner (651503208), bucket, pallet forks | PNC Bank |
| **Fourwheeler Attachment** | misc | Fertilizer spreader | |
| **Materials** | Techo bloc, blegard, unilock | Pavers | |
| **Materials** | Misc | Pipe | |

| Materials | Misc | Hydroseed | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Fill in this information to identify the case:**

Debtor name    **D&R Hardscapes, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | **Ally Financial** | Describe debtor's property that is subject to a lien | **$31,496.64** | **$30,000.00** |
|---|---|---|---|---|

Creditor's Name
**4515 N Santa Fe Ave**
**Oklahoma City, OK**
**73118-7901**

**2021 Ford F550 VIN 5JWCA1421MP517472**
**Co-Titled with Dylan Stacy**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

| **2.2** | **PNC Eqipment Finance** | Describe debtor's property that is subject to a lien | **$30,000.00** | **$30,000.00** |
|---|---|---|---|---|

Creditor's Name
**655 Business Center Drive**
**Suite 250**
**Horsham, PA 19044**

**Bobcat Mini Skid MT 100 B52P20626 and**
**Attachements (Soil conditioner (651503208),**
**bucket, pallet forks)**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.3 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $956,000.00 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

**Tennessee District Office 2 International Plaza Dr. Ste 500 Nashville, TN 37217**

Creditor's mailing address

**Equipment, Receivables and More**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Wells Fargo Vendor Financial Svcs LLC** | **Describe debtor's property that is subject to a lien** | $35,000.00 | $50,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 105743 Atlanta, GA 30348**

Creditor's mailing address

**Bobcat (e55) Excavator and Attachments (Power tilt (B47C00280), 4' smooth bucket, 2' tooth bucket, 3' tooth bucket, 1' smooth bucket, packer wheel, ripper) Co-Titled with Dylan Stacy**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,052,496.64 |
| --- | --- | --- |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1**   Priority creditor's name and mailing address

**IRS**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:     **$0.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address

**Montgomery County Trustee**
**350 Pagent Ln, Ste 101-B**
**Clarksville, TN 37040**

As of the petition filing date, the claim is:     **$0.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

47908
Case 3:24-bk-01656   Doc 1   Filed 05/09/24   Entered 05/09/24 15:05:10   Desc Main
Document   Page 18 of 41

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tennessee Department of Revenue**
**c/o Attorney General**
**PO Box 20207**
**Nashville, TN 37202-0207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,480.99 |
|---|---|---|---|

**Bankers Healthcare Group c/o Pinnacle Ba**
**150 3rd Ave S, Ste 900**
**Nashville, TN 37201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,043.45 |
|---|---|---|---|

**C2C Resources**
**1455 Lincoln Parkway Suite 550**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Collection for Kenny Pipe and Supply**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,118.98 |
|---|---|---|---|

**Capital One**
**PO Box 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit Card**

Last 4 digits of account number **4190**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carole Spearance**
**3542 Override Circle**
**Clarksville, TN 37043**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Contract for Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLK Properties**
**PO Box 115006**
**Carrollton, TX 75011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,797.92 |
|---|---|---|---|

**CNH Industrial Capital**
**PO Box 71264**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Account Deficiency__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,834.95 |
|---|---|---|---|

**Construction Credit & Finance Group**
**9160 Forum Corp Pkwy Ste 350**
**Fort Myers, FL 33905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Collection for Parman Energy__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Coverstar of Tennessee LLC**
**2205 Bates Lane**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Subcontrctor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Department of Commerce and Insurance**
**500 James Robertson Pkwy**
**Nashville, TN 37243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward Walker**
**1093 Hadden Mill Rd**
**Elkton, KY 42220**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Contract for Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,717.03 |
|---|---|---|---|

**Eillen Jager**
**1189 Castlewood Dr**
**Clarksville, TN 37042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Contract for Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,426.94 |
|---|---|---|---|

**Ewing Irrigation & Landscape Supply**
**3441 E Harbour Dr**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,921.27 |
|------|--------------------------------------------------|---------------------------------------------------------------|-----------|

**Hollis & Hollis Group Inc**
**1500 Wilma Rudolph Blvd**
**Clarksville, TN 37040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------|---------|

**Jessica Weaver**
**1198 Grand Forrest Ln**
**Clarksville, TN 37043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contract for Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------|-------|

**Joe Skyles**
**5331 S Westwood Ave**
**Springfield, MO 65810**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contract for Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------|---------|

**Justin Chantry**
**974 Shady Bluff Trail**
**Clarksville, TN 37043**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contract for Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,372.00 |
|------|--------------------------------------------------|---------------------------------------------------------------|-----------|

**Kennedy Septic Tank Service**
**3500 Dover Rd**
**Woodlawn, TN 37191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,752.00 |
|------|--------------------------------------------------|---------------------------------------------------------------|-----------|

**Lamont Hanley & Associates**
**1138 Elm St.**
**Manchester, NH 03101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Collection for Accident Fund/Worker's Comp Audit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------|---------|

**Lionel Woods**
**1220 Juniper Pass**
**Clarksville, TN 37043**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contract for Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,825.00** |
|---|---|---|---|

**Mark & Erika Davis**
**4974 Shadowbend Circle**
**Clarksville, TN 37043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract for Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MSC Insurance**
**1997 Madison St**
**Clarksville, TN 37043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paul Cornwell**
**307 Heritage Lane**
**New Concord, KY 42076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract for Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,807.50** |
|---|---|---|---|

**Paula Johnson**
**2427 Dotsonville Road**
**Clarksville, TN 37042**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract for Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,388.59** |
|---|---|---|---|

**Prestige Pool Car**
**721 Collins Trace Ct**
**Nashville, TN 37221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontrctor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Riverpools Nashville**
**144 Point Road**
**Crossville, TN 38571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontrctor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,088.98** |
|---|---|---|---|

**Rogers Group Inc**
**12808 Townepark Way Ste 100**
**Attn: Tina Deckard**
**Louisville, KY 40243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,310.23 |

**Seay Oil Company**
**PO Box 1147**
**700 West 15th Street**
**Hopkinsville, KY 42241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Contract for Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |

**SPI Portable Toilet Service**
**PO Box 3717**
**Clarksville, TN 37043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Contract for Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,528.42 |

**Thompson Machinery Commerce Co**
**1245 Bridgestone Blvd**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Lease Deficiency**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,185.47 |

**US Bank**
**PO Box 5229**
**Cincinnati, OH 45201-5229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit Card**

Last 4 digits of account number **4879**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |

**VC Construction**
**5503 Reflection Rd**
**Smyrna, TN 37167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AC Wilson & Associates**<br>**PO Box 117**<br>**Douglasville, GA 30133** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Attorney General/Bankruptcy Department**<br>**Department of Commerce and Insurance**<br>**PO Box 20207**<br>**Nashville, TN 37202-0207** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Bankers Healthcare Group LLC**<br>**201 Solar Street**<br>**Syracuse, NY 13204** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Capital One Bank\***<br>**Attn Officer or Registered Agent**<br>**1680 Capital One Drive**<br>**Mc Lean, VA 22102** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Harold T Hurt PLLC**<br>**Attn: Harold T Hurt PLLC** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Kenny Pipe & Supply Inc**<br>**715 Cowan St**<br>**Nashville, TN 37207** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Parman Energy Group**<br>**7101 Cockrill Bend Blvd**<br>**Nashville, TN 37209** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Rogers Group Inc**<br>**PO BOX 102798**<br>**Atlanta, GA 30368** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Thompson Machinery Commerce Co**<br>**Ol Bix 945496**<br>**Atlanta, GA 30394** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **TN Dept of Revenue**<br>**Tax Enforcement Division**<br>**PO Box 190665**<br>**Nashville, TN 37219-0644** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      **0.00** |
| **5b. Total claims from Part 2** | 5b.   + | $      **343,789.72** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $      **343,789.72** |

Debtor name     **D&R Hardscapes, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☒ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **D&R Hardscapes, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dylan Stacy** | **PO Box 3923**<br>**Clarksville, TN 37043** | **Thompson Machinery Commerce Co** | ☐ D _____<br>■ E/F _3.29_<br>☐ G _____ |
| 2.2 | **Dylan Stacy** | **PO Box 3923**<br>**Clarksville, TN 37043** | **U.S. Small Business Administration** | ■ D _2.3_<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Dylan Stacy** | **PO Box 3923**<br>**Clarksville, TN 37043** | **CNH Industrial Capital** | ☐ D _____<br>■ E/F _3.6_<br>☐ G _____ |
| 2.4 | **Dylan Stacy** | **PO Box 3923**<br>**Clarksville, TN 37043** | **Construction Credit & Finance Group** | ☐ D _____<br>■ E/F _3.7_<br>☐ G _____ |
| 2.5 | **Dylan Stacy** | **PO Box 3923**<br>**Clarksville, TN 37043** | **Seay Oil Company** | ☐ D _____<br>■ E/F _3.27_<br>☐ G _____ |

Case 3:24-bk-01656    Doc 1    Filed 05/09/24    Entered 05/09/24 15:05:10    Desc Main
                    Document      Page 26 of 41

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6  **Dylan Stacy** | PO Box 3923<br>Clarksville, TN 37043 | **Ally Financial** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7  **Dylan Stacy** | PO Box 3923<br>Clarksville, TN 37043 | **Wells Fargo Vendor Financial Svcs LLC** | ■ D  __2.4__<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **D&R Hardscapes, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $60,475.12 |
   | **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $1,239,850.42 |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $1,781,516.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page **1**

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Claim against the City of Clarksville** | **For wrongful arrest in contractor fraud** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Theft of 18ft flatbed trailer | **$4,000** | **4/2023e** | **$4,000.00** |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Long, Burnett, and Johnson, PLLC**<br>**302 42nd Ave. N**<br>**Nashville, TN 37209** | **Attorney Fees** | **3/2024** | **$2,000.00** |
| **Email or website address**<br>**ecfmail@tennessee-bankruptcy.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1260 E College St** **Clarksville, TN 37040** | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Legends Bank** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 4/2024 | $7.16 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **1260 E College St Clarksville, TN 37040** | **Dylan Stacy, and lot is shared with 3 other companies** | **See Inventory List** | ☐ No ■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Joel A Minner** <br> **Encompass Financial Services Inc** <br> **1835 Memorial Dr** <br> **Clarksville, TN 37043** | |
| 26a.2.  **Dylan Stacy** <br> **1155 Franklin St** <br> **Clarksville, TN 37040** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dylan Stacy** | **1155 Franklin St** <br> **Clarksville, TN 37040** | **Managing Partner** | **75** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joe Maynard** | | **Partner** | **25** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Dylan Stacy**<br>**1155 Franklin St**<br>**Clarksville, TN 37040** | **38,200 Member Draws/Compensation/Salary** | **2023** | |
| | Relationship to debtor<br>**Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**    **Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on    **May  9, 2024**

   **/s/ Dylan Stacy**                                            **Dylan Stacy**
   Signature of individual signing on behalf of the debtor         Printed name

   Position or relationship to debtor    **Managing Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **D&R Hardscapes, LLC**                                    Case No. _____

_____  Chapter  **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................ $ _____ **2,000.00**

Prior to the filing of this statement I have received ................... $ _____ **2,000.00**

Balance Due ........................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was:

☑ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  9, 2024**                          /s/ Jennifer L. Johnson
_____            **Jennifer L. Johnson**
_Date_                               _Signature of Attorney_
                                     **Long, Burnett, and Johnson, PLLC**
                                     **302 42nd Ave. N**
                                     **Nashville, TN 37209**
                                     **615-386-0075  Fax: 615-864-8419**
                                     **ecfmail@tennessee-bankruptcy.com**
                                     _Name of law firm_

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re    D&R Hardscapes, LLC                                                    Case No.
                                                    Debtor(s)          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May  9, 2024**                              **/s/ Dylan Stacy**
                                                        **Dylan Stacy/Managing Partner**
                                                        Signer/Title

D&R HARDSCAPES, LLC
PO BOX 3923
CLARKSVILLE TN 37043

JENNIFER L. JOHNSON
LONG, BURNETT, AND JOHNSON, PLLC
302 42ND AVE. N
NASHVILLE, TN 37209

AC WILSON & ASSOCIATES
PO BOX 117
DOUGLASVILLE GA 30133

ALLY FINANCIAL
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

ATTORNEY GENERAL/BANKRUPTCY DEPARTMENT
DEPARTMENT OF COMMERCE AND INSURANCE
PO BOX 20207
NASHVILLE TN 37202-0207

BANKERS HEALTHCARE GROUP C/O PINNACLE BA
150 3RD AVE S, STE 900
NASHVILLE TN 37201

BANKERS HEALTHCARE GROUP LLC
201 SOLAR STREET
SYRACUSE NY 13204

C2C RESOURCES
1455 LINCOLN PARKWAY SUITE 550
ATLANTA GA 30346

CAPITAL ONE
PO BOX 71087
CHARLOTTE NC 28272

CAPITAL ONE BANK*
ATTN OFFICER OR REGISTERED AGENT
1680 CAPITAL ONE DRIVE
MC LEAN VA 22102

CAROLE SPEARANCE
3542 OVERRIDE CIRCLE
CLARKSVILLE TN 37043

CLK PROPERTIES
PO BOX 115006
CARROLLTON TX 75011

CNH INDUSTRIAL CAPITAL
PO BOX 71264
PHILADELPHIA PA 19176

CONSTRUCTION CREDIT & FINANCE GROUP
9160 FORUM CORP PKWY STE 350
FORT MYERS FL 33905

COVERSTAR OF TENNESSEE LLC
2205 BATES LANE
SPRING HILL TN 37174

DEPARTMENT OF COMMERCE AND INSURANCE
500 JAMES ROBERTSON PKWY
NASHVILLE TN 37243

DYLAN STACY
PO BOX 3923
CLARKSVILLE TN 37043

EDWARD WALKER
1093 HADDEN MILL RD
ELKTON KY 42220

EILLEN JAGER
1189 CASTLEWOOD DR
CLARKSVILLE TN 37042

EWING IRRIGATION & LANDSCAPE SUPPLY
3441 E HARBOUR DR
PHOENIX AZ 85034

HAROLD T HURT PLLC
ATTN: HAROLD T HURT PLLC

HOLLIS & HOLLIS GROUP INC
1500 WILMA RUDOLPH BLVD
CLARKSVILLE TN 37040

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JESSICA WEAVER
1198 GRAND FORREST LN
CLARKSVILLE TN 37043

JOE SKYLES
5331 S WESTWOOD AVE
SPRINGFIELD MO 65810

JUSTIN CHANTRY
974 SHADY BLUFF TRAIL
CLARKSVILLE TN 37043

KENNEDY SEPTIC TANK SERVICE
3500 DOVER RD
WOODLAWN TN 37191

KENNY PIPE & SUPPLY INC
715 COWAN ST
NASHVILLE TN 37207

LAMONT HANLEY & ASSOCIATES
1138 ELM ST.
MANCHESTER NH 03101

LIONEL WOODS
1220 JUNIPER PASS
CLARKSVILLE TN 37043

MARK & ERIKA DAVIS
4974 SHADOWBEND CIRCLE
CLARKSVILLE TN 37043

MONTGOMERY COUNTY TRUSTEE
350 PAGENT LN, STE 101-B
CLARKSVILLE TN 37040

MSC INSURANCE
1997 MADISON ST
CLARKSVILLE TN 37043

PARMAN ENERGY GROUP
7101 COCKRILL BEND BLVD
NASHVILLE TN 37209

PAUL CORNWELL
307 HERITAGE LANE
NEW CONCORD KY 42076

PAULA JOHNSON
2427 DOTSONVILLE ROAD
CLARKSVILLE TN 37042

PNC EQIPMENT FINANCE
655 BUSINESS CENTER DRIVE SUITE 250
HORSHAM PA 19044

PRESTIGE POOL CAR
721 COLLINS TRACE CT
NASHVILLE TN 37221

RIVERPOOLS NASHVILLE
144 POINT ROAD
CROSSVILLE TN 38571

ROGERS GROUP INC
12808 TOWNEPARK WAY STE 100
ATTN: TINA DECKARD
LOUISVILLE KY 40243

ROGERS GROUP INC
PO BOX 102798
ATLANTA GA 30368

SEAY OIL COMPANY
PO BOX 1147
700 WEST 15TH STREET
HOPKINSVILLE KY 42241

SPI PORTABLE TOILET SERVICE
PO BOX 3717
CLARKSVILLE TN 37043

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE TN 37202-0207

THOMPSON MACHINERY COMMERCE CO
1245 BRIDGESTONE BLVD
LA VERGNE TN 37086

THOMPSON MACHINERY COMMERCE CO
OI BIX 945496
ATLANTA GA 30394

TN DEPT OF REVENUE
TAX ENFORCEMENT DIVISION
PO BOX 190665
NASHVILLE TN 37219-0644

U.S. SMALL BUSINESS ADMINISTRATION
TENNESSEE DISTRICT OFFICE
2 INTERNATIONAL PLAZA DR. STE 500
NASHVILLE TN 37217

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

VC CONSTRUCTION
5503 REFLECTION RD
SMYRNA TN 37167

WELLS FARGO VENDOR FINANCIAL SVCS LLC
PO BOX 105743
ATLANTA GA 30348

# United States Bankruptcy Court
## Middle District of Tennessee

In re   <u>D&R Hardscapes, LLC</u>        Case No. _____

Debtor(s)     Chapter   <u>7</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>D&R Hardscapes, LLC</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>May 9, 2024</u>             **/s/ Jennifer L. Johnson**

Date                     **Jennifer L. Johnson**

Signature of Attorney or Litigant
Counsel for   **D&R Hardscapes, LLC**
**Long, Burnett, and Johnson, PLLC**
**302 42nd Ave. N**
**Nashville, TN 37209**
**615-386-0075 Fax:615-864-8419**
**ecfmail@tennessee-bankruptcy.com**